IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KENNY MONDAY, | Case No. 1:22-cv-0261 |
| Plaintiff, | |
| v. | JUDGE DAN AARON POLSTER |
| STERN RECOVERY SERVICES, INC., | |
| | **ORDER** |
| Defendant. | |

On March 29, 2022, the parties informed the court that this case has settled. Accordingly, this case is dismissed with prejudice, with parties to bear their own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: March 30, 2022         *s/Dan Aaron Polster*
                              United States District Judge